**FILED**

FEB - 3 2022

AUSA William Hogan (312) 886-4185

AO 91 (Rev. 11/11) Criminal Complaint

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANDREW VESELY

CASE NUMBER:

**22 CR 66**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

**Count One**: On January 31, 2022, defendant Andrew Vesely forcibly assaulted, resisted, impeded, and interfered with an Officer of the United States Government (as defined in Title 18, United States Code, Section 1114), namely, a Special Agent of the Drug Enforcement Administration, while engaged in the performance of official duties, and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a) and (b);

**Count Two**: On January 31, 2022, defendant Andrew Vesely, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Ruger Model 57, 5.7 x 28 mm caliber semi-automatic pistol, bearing serial number 643-25012, which firearm had traveled in interstate commerce prior to Vesely's possession of the firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This criminal complaint is based upon these facts:

 _X_  Continued on the attached sheet.

CHRISTOPHER KENT
Special Agent, Drug Enforcement
Administration

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means.

The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: February 3, 2022

_Judge's signature_

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT  )

NORTHERN DISTRICT OF ILLINOIS )

### AFFIDAVIT

I, Christopher Kent, being duly sworn, state as follows:

1.      I have been employed as a Special Agent (SA) with the Drug Enforcement Administration (DEA) since March 2021 and am assigned to Enforcement Group 38 in the Chicago Division Office. For 6.5 years before joining DEA I was an Officer with the Memphis Police Department. My responsibilities include the investigation of narcotics trafficking and money laundering offenses including but not limited to those prohibited by Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963, and Title 18, United States Code, Sections 1956 and 1957. I have received special training in the enforcement of these laws including detailed instruction in the areas of drug identification, investigative techniques, undercover operations, informant development and handling, physical and electronic surveillance, and various methods and procedures utilized by drug organizations to illegally import, transport, and distribute controlled substances. I have also received special training regarding the ways in which narcotics traffickers and their associates collect, conceal, and launder the proceeds of their illicit drug trafficking activities. I am familiar with and have participated in the debriefing of defendants, witnesses, informants, and others who have knowledge of the illegal distribution and transportation of controlled substances and the collection and concealment of illicit narcotics proceeds.

2.      This affidavit is based on my personal knowledge; information provided

1

to me by other law enforcement agents and contained in law enforcement records, review of public records, and my training and experience. It is submitted in support of a criminal complaint alleging that on January 31, 2022 Andrew Vesely forcibly assaulted, resisted, impeded, and interfered with an Officer of the United States Government (as defined in Title 18, United States Code, Section 1114), namely, a Special Agent of the Drug Enforcement Administration, while engaged in the performance of official duties, and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a) and (b); and, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Ruger Model 57, 5.7 x 28 mm caliber semi-automatic pistol, bearing serial number 643-25012, which firearm had traveled in interstate commerce prior to Vesely's possession of the firearm, in violation of Title 18, United States Code, Section 922(g)(1). I have not included every fact I know about this investigation but have set forth only facts that I believe are sufficient to establish probable cause to believe that Andrew Vesely committed the offenses alleged in the complaint.

**Background**

3.     On December 19, 2021, members of the Evergreen Park Police Department (PD) arrested Individual A in possession of approximately one pound of MDMA and a quantity of marijuana. After Individual A was charged by the Cook County State's Attorney's Office with Possession of a Controlled Substance with Intent to Deliver, Evergreen Park Lieutenant James Healy, who is assigned to DEA Enforcement Group 38 as a Task Force Officer (TFO), determined that Individual A's

cell phone reflected multiple contacts with telephone number (773) 524-9014 and that that telephone number was subscribed to by Andrew Vesely. TFO Healy determined that on April 26, 2021 Vesely was sentenced to 2 years' probation in the Circuit Court of Cook County in case number 20CR1139401 for two felonies: (1) Delivery of a Controlled Substance (MDMA), and (2) Aggravated Fleeing or Attempting to Elude a Peace Officer. TFO Healy further determined that Vesely was wanted on two additional active and outstanding arrest warrants, the first regarding felony charges by the Justice PD for Aggravated Fleeing or Attempting to Elude a Peace Officer in relation to a stolen vehicle, and the second regarding charges by the Hickory Hills PD for Criminal Trespass to a Motor Vehicle.

4.      TFO Healy obtained a booking photo of Vesely and on January 28, 2022 met with SA Robert Utesch of the Department of Homeland Security/Homeland Security Investigations (DHS/HSI), who advised TFO Healy that he was conducting a theft investigation of Vesely. Additionally, while gathering background information about Vesely, TFO Healy learned that he was known to steal Jeep Grand Cherokee SRT model vehicles. TFO Healy also obtained toll records for Vesely's phone which showed he was in frequent contact with a phone subscribed to by Individual B who lived at 14937 S. Richmond Street, Posen, Illinois. Upon researching open source databases, TFO Healy determined that Individual B appeared to be a relative of Vesely's and that in May 2019 Vesely used the 14937 S. Richmond Street, Posen address.

5.      After obtaining this information, TFO Healy conducted spot checks for several days at the Richmond Street address and on January 31, 2022 observed a white Jeep Grand Cherokee SRT with a broken window parked in the alley behind the garage at that location. TFO Healy conferred with various other law enforcement entities and a determination was made to surveil the Richmond Street residence and attempt to arrest Vesely on the two outstanding warrants. Based on Vesely's documented history of Aggravated Fleeing and Eluding the police, a decision was made to arrest him before he got into a vehicle if possible.

**Circumstances of Vesely's Arrest**

6.      On January 31, 2022, members of the Posen PD, DEA Enforcement Group 38, and DHS/HSI established surveillance at the 14937 S. Richmond Street, Posen residence. At approximately 12:00 p.m. a DEA SA referred to hereafter as SA 1 saw an individual matching Vesely's physical description exit the front door of the residence and walk to the alley behind the house. At the same time TFO Marcus Giglio observed the individual walk toward the Jeep Grand Cherokee in the alley carrying a black backpack, stop, and begin to walk back towards the residence. TFO Healy and SA 1, who were wearing bullet resistant vests bearing clear law enforcement markings and driving official government vehicles, then drove their respective vehicles to the front of the residence, exited their cars, and immediately identified the individual as Vesely. Posen PD Detective Corporal Matthew Leveille and I were close behind TFO Healy and SA 1. TFO Healy loudly identified himself as a police officer and gave Vesely verbal commands to stop moving. Rather than comply,

4

Vesely ran toward the Grand Cherokee in the alley with SA 1 and TFO Healy in pursuit. TFO Giglio saw Vesely get into the driver's seat of the Grand Cherokee.

7. SA 1 reached the driver's door of the Grand Cherokee while the door was still open and before Vesely was able to drive away. SA 1 grabbed Vesely and attempted to remove him from the vehicle. Vesely then put the vehicle in drive and began accelerating south bound in the alley at an angle towards the garages on the east side of the alley in what appeared to be an effort to scrape SA 1 off of his vehicle by hitting the garages. Vesely dragged SA 1 approximately 50 feet before SA 1 was able to detach himself from the vehicle; the momentum of the vehicle threw SA 1 into several garbage containers in the alley. During the struggle between Vesely and SA 1 the black backpack Vesely had been carrying was also thrown from the vehicle.

8. After SA 1 was thrown from the vehicle, Vesely accelerated south bound through the alley, evading a HSI vehicle in the process. He then fled west on 150th street and escaped the area. Shortly later, Vesely wrecked the Jeep in Markham, sought to flee on foot, and was taken into custody by the Markham Police Department.

9. The black backpack recovered in the alley contained a Ruger-57 semi-automatic pistol loaded with 1 round of 5.7 x 28 mm ammunition in the chamber and 20 rounds in the magazine, along with an additional loaded magazine. I know that Sturm, Ruger & Co., Inc. manufactures the Ruger 57 model semi-automatic pistol outside of Illinois and that the pistol recovered from Vesely's backpack on January 31 therefore travelled in interstate commerce before he possessed it.

10. I have examined Andrew Vesely's criminal history. On April 26, 2021 Vesely pled guilty in the Cook County Circuit Court to two felonies in case number 20CR1139401: (1) Delivery of a Controlled Substance, in violation of 720 ILCS 570/401(e), a Class 3 felony for which he was sentenced to 2 years' probation; and (2) Aggravated Fleeing To Elude a Peace Officer, in violation of 625 ILCS 5/11-204.1, a Class 4 felony for which he was sentenced to a concurrent term of 2 years' probation. As a condition of his probation Vesely was specifically prohibited from possessing firearms.

11. As a result of the incident, SA 1 suffered abrasions and bruising to his left leg and bruising and inflammation to his left shoulder.

12. Based on the above information, I respectfully submit that there is probable cause to believe that on January 31, 2022 Andrew Vesely forcibly assaulted, resisted, impeded, and interfered with an Officer of the United States Government (as defined in Title 18, United States Code, Section 1114), namely, a Special Agent of the Drug Enforcement Administration, while engaged in the performance of official duties, and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a) and (b); and, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Ruger Model 57, 5.7 x 28 mm caliber semi-automatic pistol, bearing serial number 643-25012, which

6

firearm had traveled in interstate commerce prior to Vesely's possession of the firearm, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT.

_____
Christopher Kent
Special Agent
Drug Enforcement Agency

Subscribed and sworn
before me this 3rd day of February 2022

_____
Honorable MARIA VALDEZ
United States Magistrate Judge

7